NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5103

RICHMOND AMERICAN HOMES OF COLORADO, INC.,
METROPOLITAN DEVELOPMENT IV, LLC,
METROPOLITAN BUILDERS, INC.,
STANDARD PACIFIC OF COLORADO, INC.,
and TOUCHSTONE HOMES, LLC,

Plaintiffs-Appellees,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims
in 05-CV-280, Judge Lawrence M. Baskir.

ON MOTION

Before MOORE, Circuit Judge.

ORDER

The United States moves for a 30-day extension of time, until April 3, 2009, to file

its brief due to settlement efforts. The United States indicates that Richmond American

Homes et al. do not consent.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__MAR 1 9 2009__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Hubert A. Farbes, Jr., Esq.
Leslie Cayer Ohta, Esq.
s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 9 2009

JAN HORBALY
CLERK